FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 28  AM 7:19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL E. SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO:   04-3234** |
| **JO ANNE B. BARNHART COMMISSIONER OF SOCIAL SECURITY** | **SECTION: "N" (4)** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding, as of this date, no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision **DENYING** Michael E. Smith's application for Disability Insurance Benefits is **AFFIRMED**.

New Orleans, Louisiana, this 27th day of March, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___